**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| SHARONDA BELL, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 5:16-cv-407 (MTT) |
| | ) | |
| BANK OF AMERICA NA, *et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER

The Court ordered the Plaintiff to show cause by February 27, 2017 why her claims against Defendant Frederick J. Hanna and Associates P.C. (Hanna),[1] should not be dismissed for failure to serve.  Doc. 5.  Under Rule 4(m), if the plaintiff fails to properly serve a defendant within 90 days after filing the complaint, the Court, after notice to the plaintiff, may dismiss the action against that defendant without prejudice if the plaintiff fails to show good cause for the failure to serve.  Fed. R. Civ. P. 4(m). The Plaintiff did not respond to the Court's Order and accordingly has not shown good cause for her failure to serve.

The Court sees no reason to further extend the time for service of process on Hanna and **DISMISSES** the Plaintiff's complaint against Hanna **without prejudice**.

**SO ORDERED**, this 3rd day of March, 2017.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

---

[1]     The complaint references "Fredrick J. Hanna, P.C." (*see* Doc. 1), whereas the summons attached to the complaint references "Fredrick J. Hanna and Associates, P.C." (*see* Doc. 1-4).